UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER MARTIN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Hon. Jane M. Beckering

Case No. 1:24-cv-1317

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

Roger Martin has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Response to Motion to Dismiss – ECF No. 12

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Roger Martin files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date: March 27, 2025
pjw

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Roger Martin,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No. 1:24-cv-1317

**SIGNATURE PAGE FOR:**

Response to Motion to Dismiss – ECF No. 12

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.